# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DIANE SMITH,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **CIVIL ACTION NO. 09-0616-CG-M** |
| ) | |
| ) | |
| **BALDWIN COUNTY COMMISSION,** ) | |
| ) | |
| Defendant. | |

## ORDER

On April 5, 2010, this court Ordered plaintiff , on or before May 3, 2010, to have new counsel appear on her behalf or to advise the court in the form of a written pleading that she wishes to proceed without counsel. (Doc. 30). Plaintiff was warned that failure to comply would be deemed as plaintiff's abandonment of her claims and that plaintiff's complaint would be dismissed without prejudice for failure to prosecute. (Doc. 30). As of this date, plaintiff has not responded to the order. Rule 41(b) of the Federal Rules of Civil Procedure provides for involuntary dismissal for "failure of the plaintiff to prosecute or to comply with these rules or any order of court."

Accordingly, this case is hereby **DISMISSED without prejudice** pursuant to Fed.R.Civ. 41(b) for failure to prosecute and to comply with this court's orders.

**DONE and ORDERED** this 11th day of May, 2010.

                                          /s/ Callie V. S. Granade
                                     CHIEF UNITED STATES DISTRICT JUDGE