**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| DIANE SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 09-0616-CG-M |
| | ) |
| BALDWIN COUNTY COMMISSION, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

The parties having advised the court this date that a settlement has been reached in this action, it is **ORDERED** that all claims are hereby **DISMISSED WITH PREJUDICE** subject to the right of any party to reinstate those claims within thirty (30) days of the date of this order should the settlement agreement not be consummated.

**DONE and ORDERED** this 4th day of January, 2011.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE